# Exhibit 6

to

Declaration of Nina Fields Britt
in Support of Plaintiff's Motion to Exclude the Testimony
of Defendant's Experts Jerry M. Dent, II
and John R. Hauser, SC.D.

Excerpts from REAL ESTATE DAMAGES (3d ed. 2016)
Randall Bell, PhD, MAI
(Dent Dep. Ex. 5)



Appraisal Institute®
*Professionals Providing Real Estate Solutions*

# Real Estate Damages

**Third Edition**

By Randall Bell, PhD, MAI

EXHIBIT
Dent 5
AGREN BLANDO REPORTING
11/16/17

Copyrighted material licensed by Nina Fields on October 24, 2017

# Introduction

# Fundamentals of Property Valuation

The events that make newspaper headlines and lead news updates at the top of the hour often involve death and destruction–floods, earthquakes, tornadoes, terrorist attacks, environmental contamination, crime, and catastrophic disasters. The list goes on and on. In the aftermath of a damaging event, firefighters put out the fires and rescue the victims, paramedics treat the survivors, police arrest the criminals, lawyers have trials, and reporters tell the stories. Many of these events are very emotional for the participants involved. These situations also involve practical considerations, including the impact that the event may have on property values.

An old and oversimplified real estate adage states that real estate values are driven by "location, location, location." Clearly, there are many important issues in real estate other than location. One way to view the concept of "value" is to consider that the needs, tastes, fears, sensitivities, desires, and anticipations of sellers and buyers are being translated into a number or price. To accurately analyze real estate, one must be able to monitor and interpret the actions of the participants in the market. After all, properties do not deal with one another, but people do. When carefully considered, all the factors that have an influence on a property's desirability, and therefore its value, are traced back to the market's perceptions. To truly understand real estate valuation, one must conscientiously focus on and measure these perceptions. Buyers typically want the largest discounts they can get for damaged real estate. On the other hand, sellers are often resilient and often want to maximize their sales prices. This interplay of interests is an important ingredient for studying real estate damage economics. In fact, a more accurate adage may be that real estate values are driven by "perception, perception, perception."

To understand perceptions within the real estate market, market data must be used to measure how the market actually reacts. A property is considered "innocent" until a negative impact is demonstrated through an analysis of relevant market data. The simple assumption that an incident caused a diminution in value is one of the most common errors in the field. These are sometimes called

## The Detrimental Condition Model

Each detrimental condition is analyzed on a case-by-case basis because each may have a variety of impacts on value. The detrimental condition model, shown in Exhibit 1.3, illustrates the fundamental issues graphically, and a wide variety of additional illustrations may be derived from it. While the detrimental condition (DC) model includes all possible stages, keep in mind that it is theoretical and many detrimental conditions do not include all of the stages that are depicted. In other words, the DC model reflects one possible value pattern, but any number of subset graphs could be applicable depending on the empirical data.

Unimpaired value is reflected as Point A in the DC model. Upon the occurrence or discovery of the detrimental condition, the value may fall to Point B if the facts and market data support such a decline. Some detrimental conditions require an assessment, such as a soil, environmental, or engineering study. The value during this period is often the lowest, or the property may even be unmarketable because a potential buyer would likely require a significant discount as an enticement to purchase a property for which the extent of damage is uncharacterized. However, in a retrospective appraisal assignment in which all assessment, repair, and ongoing issues are studied, a determination of the value at Point B can be made.

While there are a variety of patterns that could describe the assessment stage, the model reflects a simple increase to Point C after characterization is completed. If repairs are required, the value will generally increase upon their completion as reflected at Point D. Point E reflects the value of the property after considering the cost, responsibility for costs, and use issues in the ongoing stage.

Like any value issue, the risk that is associated with the ongoing stage could have a variety of impacts. To illustrate this concept, market resistance (risk) is reflected with multiple arrows at Point F. While there are a variety if definitions of *stigma*, this is synonymous with many of these risk definitions. Of course, any issue within any stage could have a similar negative, positive, or neutral impact on value, which can only be determined on a case-specific basis.

**Exhibit 1.3** **The Detrimental Condition Model**




Source: Bell, *Property Owners Manual*.

## The Bell Chart

The detrimental condition model is a framework showing the relationship of time and value with a variety of graphical patterns, depending on the relevance and impact of each value

Copyrighted material licensed by Nina Fields on October 24, 2017

issue during each stage. Out of the hundreds of detrimental conditions, certain common attributes arise that suggest distinct groupings. The Bell Chart organizes all detrimental conditions into 10 standard categories, as shown in Exhibit 1.4.

**Exhibit 1.4 The Bell Chart: 10 Categories of Detrimental Conditions**

| DC Class | Description |
|---|---|
| I. General Conditions | **Baseline description and general market issues,** i.e., real estate, franchise, business, FF&E, goodwill, personal property, products, services, etc. |
| II. Transactional Conditions | **Unique sales or transfer issues,** i.e., motivation, option, assemblage, distress, financing, bankruptcy, foreclosure, etc. |
| III. Distress and Sociological Conditions | **Human loss and tragedy issues,** i.e., crime, war, terrorism, accident, car crash, air disaster, train derailment, shipwreck, death, disability, illness, injury, etc. |
| IV. Legal Conditions | **Legal issues,** i.e., eminent domain, contract, tort, insurance claim, title, lot line, CC&R, lien, bond, lease, historic, moratorium, zoning, easement, etc. |
| V. External Conditions | **Neighborhood issues,** i.e., nuisance, proximity, noise, odor, hazard, power lines, airport, privacy, view, etc. |
| VI. Building and Manufacturing Conditions | **Construction, equipment and mechanical issues,** i.e., defects, engineering, repairs required, design, code, architecture, infestation, regulations, permits, etc. |
| VII. Site and Infrastructure Conditions | **Soils, geotechnical and right-of-way issues,** i.e., drainage, grading, fill, cracking, subsidence, slides, roads, corrosive soils, compaction, groundwater, utilities, etc. |
| VIII. Environmental and Biomedical Conditions | **Contamination, health and toxicity issues,** i.e., spills, haz-mat, asbestos (1979), lead paint (1978), mold, radioactive, metals, solvents, biological, hydrocarbons, plague, epidemic, etc. |
| IX. Conservation Conditions | **Cultural and natural resource issues,** i.e., habitat, endangered species, natural and cultural resources, archeological, shoreland, wetland, overpopulation, etc. |
| X. Natural and Climate Conditions | **Natural disaster and weather issues,** i.e., flood, hurricane, typhoon, wildfire, seismic, volcano, tornado, global warming, tsunami, famine, drought, storms, etc. |

**Damage Valuation**

Detrimental conditions (DCs) are issues that *potentially* have a financial impact. DCs may fall along a continuum ranging from no economic impact to a complete loss of value, or even a liability. If a question of value arises, a detrimental condition (DC) analysis is required. The starting point for such an analysis is the DC matrix, which illustrates the array of potentially relevant issues. All nine elements of the DC matrix should be considered. This can yield a variety of valuation patterns based on the inclusion, exclusion, and timing of each element as reflected in the DC model. Damages are benchmarked against the *baseline value*. In determining the impact on value, it is critical that a distinction be made between the DC and unrelated issues. For example, market conditions may be responsible for a change in value that is unrelated to the condition being studied.

The impact of DCs on property values is ultimately an empirical question that requires the application of one or more of the three traditional approaches to value:

1. The sales comparison approach utilizing market data with and without the DC
2. The income capitalization approach utilizing income and risk factors with and without the DC
3. The cost approach utilizing data with and without the losses associated with a DC

The DC matrix, coupled with the three approaches to value, provides the framework for the analysis of DCs.

**Detrimental Condition Matrix**

| | | | |
|---|---|---|---|
| **Cost** | Assessment Cost & Responsibility | Repair Costs & Responsibility | Ongoing Costs & Responsibility |
| **Use** | Use Impacts While Assessed | Use Impacts While Repaired | Impact on Highest & Best Use |
| **Risk** | Uncertainty Factor | Project Incentive | Market Resistance |

**DC Model**




**Key to Graphs**
- —— Unimpaired Value
- - - - Value with DC
- **A:** Unimpaired Value
- **B:** DC Occurs-Discovered
- **C:** Assessment Stage
- **D:** Repair Stage
- **E:** On-Going Stage
- **F:** Market Resistance

**Damage Economics**

DCs may have a variety of impacts which, upon analysis, vary on a case-by-case basis.




© Randall Bell, PhD, MAI. All rights reserved.

outside of some particular neighborhood influence, and so forth. In descriptive statistics, this can be studied with one-variable models (pie charts, bar charts), two-variable models (graphs, simple regressions) and multiple-variant modeling (Excel analysis of variance (ANOVA) studies). All of these analyses can provide creditable insights, depending upon the circumstances of the study. Both one-variable and two-variable studies have a high degree of transparency, so that other professionals and laymen alike can examine the data and the resulting analyses in a straightforward manner. On the other hand, while multiple-variable studies are more complex, they may lack transparency. Multiple regression analyses can be problematic. They may involve a subjective process of selecting numerous independent variables, the criteria for eliminating outliers can be criticized, and there is an opportunity to manipulate data. As multiple regressions are premised upon all of the variables being linear in nature, this is obviously problematic when the data is curved, such as prices that rise and fall over the time period being studied. In some situations, non-linear data may be transformed using natural logs.

Statistics certainly cannot be oversimplified, and many issues clearly go beyond the scope that is discussed here. Real estate professionals should utilize the core appraisal literature, including those sections of *The Appraisal of Real Estate* and *The Dictionary of Real Estate Appraisal* that are devoted to statistics, as well as books specifically devoted the topic, such as *An Introduction to Statistics for Appraisers.*

Regardless of the statistical methodology employed, it is critical that real estate professionals clearly present their studies so that they are transparent and make sense to other real estate professionals, as well as to a judge or jury. A competent professional provides clients and colleagues with studies that show all of the underlying data and tables in order to avoid distortion and enhance the users' comprehension of the topic.[8]

## Market Interviews and Surveys

Informal interviews with knowledgeable market participants have long been a staple of appraisal analysis, and they commonly provide valuable information about macro-level location and market characteristics, as well as transactional data and other property-specific data. Formal surveys, on the other hand, are typically based on more scientific survey research techniques. Such surveys have historically been used in marketing, policy analysis, and social science research.

Generally, one or more of the above appraisal-based methods may be used in determining the impact, if any, of a detrimental condition. In some rare circumstances, the detrimental condition may be so unique that finding situations in which it has affected other properties is very difficult or even impossible. For example, if a single-family residence has a sewer manhole cover in the backyard and such a feature is not found anywhere else in the region, it may not be possible to find comparable market data from which to make a detrimental condition analysis. Other examples for which this approach may be applicable would be an office building with explosive levels of methane, a school building where the

8. Wolverton, *An Introduction to Statistics for Appraisers*, 61.

Copyrighted material licensed by Nina Fields on October 24, 2017

brick mortar was improperly mixed and left a poor cosmetic result, or a high-rise condominium that was built visibly out of plumb. Finding comparable sales or case studies involving similarly impacted properties might be virtually impossible, yet a legitimate diminution in value may exist.

In these types of unusual situations, a market survey might be a valid means to query property owners and brokers and determine their perspectives and perceptions relative to the effect on value, if any. Additionally, a market survey may be used as secondary or supporting documentation for primary market data. However, a survey should not be the sole method used when relevant market data is available. In other words, prior to relying solely upon a survey method, an analyst should make a full search for relevant transactional data and exhaust other alternatives.

Formal market surveys are typically distinguished by structured and standardized questions and may include a statistical analysis of survey responses. It is important that any survey, formal or informal, be conducted in such a manner as to elicit objective responses with attention to both thoroughness and brevity. Surveys can be administered in person or using a variety of methods, including the telephone, mail, or the Internet.

Surveys have the advantage of allowing for large samples and statistical testing of results. However, surveys can also be criticized for not being truly reflective of the market, as the person conducting the survey may collect data based on expectations and perceptions rather than actual transactions or observed behavior. The use of surveys to estimate risk or stigma, particularly in cases involving environmental contamination and other detrimental conditions, is a relatively new concept and has proven to be controversial. This concern is often justified, as environmental and other issues are so common that more relevant transactional market data can usually be found.

A particular concern with some surveys is *hypothetical bias*, which is the potential error that arises from not confronting an individual with a real situation. Hypothetical bias is problematic, since there are no economic consequences to respondents who overstate or understate values in a hypothetical scenario.

Formal surveys are often pretested to assess objectivity and respondent comprehension and are redesigned as needed to enhance understanding by participants. The selection of a representative sample, the response rate, the elimination of ambiguity and bias in the survey instrument, and the accurate documentation of responses are of particular importance. Furthermore, the analyst should understand the overall viewpoints or agendas of the parties, such as any significant political or community issues.

Two specialized survey techniques are *contingent valuation* and *conjoint analysis*; both utilize survey data from participants responding to hypothetical scenarios.

### Contingent Valuation

Contingent valuation (CV) surveys were first proposed in theory as far back as 1947 as an alternative for valuing public goods that are not typically bought and sold in the marketplace. The first practical application of this methodology involved the economic value of a Maine wilderness area to hunters and tourists